**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6964**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NATHANIEL MICHAEL STOKELY, a/k/a Jemar Abrams,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CR-91-466-A, CA-96-471-AM)

———————

Submitted: November 6, 1997      Decided: November 25, 1997

———————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Nathaniel Michael Stokely, Appellant Pro Se. Michael Edward Rich, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Stokely, Nos. CR-91-466-A; CA-96-471-AM (E.D. Va. July 15, 1997). See Lindh v. Murphy, 521 U.S. ___, 65 U.S.L.W. 4557 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED